AARON M. CLEFTON, ESQ.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>      Plaintiff,<br><br>      v.<br><br>COASTAL INNS OF DISTINCTION LLC dba CYPRESS INN,<br><br>      Defendant. | CASE NO. 3:23-cv-06523-LJC<br><u>Civil Rights</u><br><br>**STIPULATION OF SETTLEMENT AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  December 19, 2023 |

**STIPULATION**

Plaintiff PAUL SPECTOR ("Plaintiff") and Defendant COASTAL INNS OF DISTINCTION LLC dba CYPRESS INN ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that this matter be dismissed with prejudice pursuant to FRCP 41(a).  Plaintiff and Defendant have agreed to a settlement of all of Plaintiff's claims.  Accordingly, the Parties hereby stipulate and request the Court to order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

In consideration of this dismissal, Defendant will continue to provide training or re-training as necessary to its employees on its service animal policy which is compliant with federal and State access laws.

**IT IS SO STIPULATED.**

//

//

//

| | |
|---|---|
| Dated: February 13, 2024 | REIN & CLEFTON |
| | */s/ Aaron Clefton* |
| | AARON CLEFTON, Esq. |
| | Attorneys for Plaintiff |
| | PAUL SPECTOR |
| | |
| Dated: February 2, 2024 | FREEMAN MATHIS & GARY, LLP |
| | */s/ Craig A. Tomlins* |
| | By: CRAIG A. TOMLINS, ESQ. |
| | Attorneys for Defendant |
| | COASTAL INNS OF DISTINCTION LLC dba CYPRESS INN |

## **FILER'S ATTESTATION**

I hereby attest that on February 2, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Craig A. Tomlins in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

- 3 -

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2024

_____
Honorable Lisa J. Cisneros
U.S. Magistrate Judge